TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00591-CV

Starlight, L.P., Appellant

v.

Loren Baxter and Xarin Austin I Limited, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 94-01269, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint agreed motion to dismiss. This proceeding involved an
interlocutory appeal from the trial-court's refusal to modify a temporary injunction. The parties have
proceeded to a trial on the merits, rendering any interlocutory appeals moot. We note that the parties filed
both an appeal and a mandamus concerning the same order. This Court assigned two cause numbers: the
appeal is cause 95-591, the mandamus cause 95-615. The parties have filed this motion in cause 95-591
but refer to a mandamus. Because the trial on the merits moots both, we assume it was intended to apply
to both cause numbers.

 Accordingly, we grant the parties' motion to dismiss and dismiss the appeal.

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Joint Motion

Filed: June 26, 1997

Do Not Publish